IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING, | 1:03-cv-5364 LJO JMD (HC) |
|     Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE APPEAL |
| MIKE KNOWLES, | |
|     Respondent. | (DOCUMENT #31) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 29, 2008, petitioner's case was dismissed and judgment was entered. On August 22, 2008, petitioner filed a motion to extend time to file an appeal.

A notice of appeal must be filed with the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A).

Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner is GRANTED an extension of time of thirty (30) days to and including **September 29, 2008**, to file a notice of appeal.

IT IS SO ORDERED.

**Dated:   August 26, 2008**          /s/ John M. Dixon
UNITED STATES MAGISTRATE JUDGE